IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

SISTO MOLINA,

       Petitioner,

  v.

WARDEN CHARLES DANIELS,

       Respondent.

Civil No. 06-39-BR

ORDER

BROWN, Judge.

    IT IS ORDERED that Respondent's unopposed Motion to Dismiss Without Prejudice (#30) is GRANTED.

    IT IS SO ORDERED.

    DATED this __26th__ day of September, 2006.

                          /s/ Anna J. Brown
                           ANNA J. BROWN
                           United States District Judge